United States District Court
Southern District of Texas
**ENTERED**
September 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS JAVIER QUINONES GARCIA, "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00133 |
| | § | |
| KRISTI NOEM, *et al.* "Respondents," | § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Motion for Summary Judgment and Response to Petition for Writ of Habeas Corpus" (Dkt. No. 8) ("MSJ"), the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 10) ("Report & Recommendation"), and "Petitioner's Objection to Report and Recommendation" (Dkt. No. 11) ("Objections").

After a *de novo* review of the file, the Report & Recommendation (Dkt. No. 10) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED**, and the Respondents' MSJ (Dkt. No. 8) is **GRANTED**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this September 10, 2026

Rolando Olvera
United States District Judge